UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOAB INVESTMENT GROUP, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAMIL ALUKAY,<br><br>    Defendant. | Case No.  15-cv-01972-HSG<br><br>**ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 3 |

The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Re: Remand to State Court.  The time for objections has passed and none were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is remanded to the San Mateo County Superior Court, Plaintiff's motion to remand is DENIED as moot, and the Clerk is ordered to close the case file.

**IT IS SO ORDERED.**

Dated: May 26, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge